# First District Court of Appeal
# State of Florida

—————————————————

No. 1D17-665

—————————————————

JAMES HUNT,

    Appellant,

v.

HEALTH FIRST HRMC and USIS,

    Appellees.

—————————————————

On appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of accident: June 20, 2013.

March 2, 2018

PER CURIAM.

    AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

—————————————————

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Bill McCabe, Longwood, and Jason S. Robbins, Merritt Island, for Appellant.

Gina M. Jacobs, Daniel M. Schwarz, and Neil A. Ambekar of Cole, Scott & Kissane, P.A., Plantation, for Appellees.